UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NUMERIC INVESTORS LLC,

    Plaintiff,

v.

RYAN H. SOWERS,

    Defendant.

CIVIL ACTION No.

04 12692 RCL

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Plaintiff Numeric Investors LLC ("Numeric") is a privately held company and is wholly owned by Numeric Midco, LLC, which in turn is wholly owned by Numeric Holdings, LLC. Therefore, there is no publicly held company which owns 10% or more of Numeric Investors stock.

NUMERIC INVESTORS LLC,

By its attorneys,

_/s/ Michele M. Helmer_
Michele A. Whitham, BBO No. 553705
Gabriel M. Helmer, BBO No. 652640
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Dated: December 23, 2004

FHBOSTON/1148332.1