UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NUMERIC INVESTORS, LLC.,<br>            Plaintiff<br><br>v.<br><br>RYAN H. SOWERS,<br>            Defendant | C.A. No. 04-12692-RCL |

TEMPORARY RESTRAINING ORDER

This cause came to be heard upon an ex parte motion of plaintiff Numeric Investors LLP ("Numeric") for the issuance of a temporary restraining order to the defendant, Ryan H. Sowers ("Sowers"). Upon consideration thereof, the court finds, from specific facts shown by the verified complaint, that immediate harm will result to the applicant before the adverse party or that party's attorney can be heard in opposition and that all of the conditions for the issuance of a temporary restraining order have been made. Accordingly, the court orders the following:

    1.    Sowers, and his agents, servants, employees, representatives and all those in active concert with him or them or under his or their control, shall immediately:

        a.    refrain from taking any action whatsoever, or causing any other person to take any action whatsoever, directly or indirectly, to disclose to any third party, including by means of electronic transfer, materials, documents, files, information or data belonging to Numeric;

        b.    refrain from destroying or causing any other person to destroy any materials, documents, files, information or data on any computer, computer system, electronic storage device or media of any kind or nature within his possession, custody or control;

   c. refrain from taking, accessing or otherwise obtaining, or causing any other person to take, access or obtain, materials, documents, files, information or data belonging to Numeric; and

   d. maintain a record of all transactions, including transfers, email communications, copying and downloads, performed by him, or any other person, on any computer or electronic storage device or media of any kind or nature within his possession, custody or control.

  2. File papers in this court and serve on the plaintiff by 3:00 p.m. on Tuesday, December 28, 2004, setting forth reasons why the court should not:

   a. extend the relief granted as set forth above;

   b. order the following additional relief at a hearing to be held on December 30, 2004 at 10:00 a.m.;

    (i) inspection of all computers, computer systems, electronic storage devices and media by a court appointed forensic computer expert;

    (ii) provide Numeric with a detailed and specific inventory of (a) all materials, documents, files, information or data belonging to Numeric in Sowers' possession, custody or control, and (b) all transactions, transfers, copying, downloads, email communication and deletions done by you of Numeric materials;

    (iii) provide Numeric with a detailed and specific inventory, and identifying by name, address, telephone number and any computer contact information, to whom Sowers has disclosed any materials, documents, files, information or data belonging to Numeric; and

      (iv)  return to Numeric all materials, documents, files, information or data belonging to Numeric.

  3.  The parties will be heard on the plaintiff's application for a preliminary injunction at 10:00 a.m. on Thursday, December 30, 2004, in courtroom 11 of the John J. Moakley Courthouse, Boston, MA.

                /s/ REGINALD C. LINDSAY
                United States District Judge

DATED: December 23, 2004