# United States District Court

DISTRICT OF MASSACHUSETTS

Numeric Investors LLC,

v.

Ryan H. Sowers.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-12692 RCL

TO: Ryan H. Sowers
    504 Beacon Street Apt. 25
    Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michele A. Whitham, Esq.
FOLEY HOAG LLP
155 Seaport Blvd
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DEC 23 2004
DATE

(BY) DEPUTY CLERK

I hereby certify and return that today, December 23, 2004, at 7:40 PM, I served a true and attested copy of the within Summons together with a copy of the Verified Complaint; Temporary Restraining Order; Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction; Memorandum of Law in Support of Plaintiff's Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction; Local Rule 7.3 Corporate Disclosure Statement; and Civil Action Cover Sheet in this action upon the within named **Ryan H. Sowers**, by leaving said copies at 504 Beacon St. #25, Boston, MA *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Ryan H. Sowers, at 504 Beacon St. #25, Boston, MA 02115.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on December 23, 2004.

_____
Joseph P. Butler Jr., Process Server
& Disinterested Person over Age 18.

Emergency Service & Travel: $85.00

**Butler and Witten**
Boston, MA
(617) 325-6455