UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUMERIC INVESTORS LLC,<br><br>               Plaintiff,<br><br>v.<br><br>RYAN H. SOWERS,<br><br>               Defendant. | CIVIL ACTION No. 04-12692 RCL |

**JOINT MOTION TO CONTINUE
FEBRUARY 16 SCHEDULING CONFERENCE**

Plaintiff Numeric Investors LLC ("Numeric") and Defendant Ryan H. Sowers ("Sowers") (collectively "Parties") hereby move to reschedule the February 16, 2005 scheduling conference until March 8, 2005, or at a date and time convenient for the Court thereafter.

As reasons therefor, the Parties states as follows:

1.      On January 19, 2005, the Court issued the Notice of Scheduling Conference and Additional Matters in this matter. The Court's January 19 Notice set the date for an initial scheduling conference for February 16, 2005. The Court's January 19 Notice states: "Counsel may be given a continuance only if actually engaged on trial."

2.      Counsel for Numeric is engaged in a mediation proceeding related to *Jeanne Iwata v. Intel Corporation and Matrix Absence Management, Inc.*, Civil Action No. 04-10536 WGY, on February 16, 2005 that cannot reasonably be rescheduled. The mediation involves the potential resolution of two related cases and involves several teams of lawyers and clients, some of which are traveling from out of state to this proceeding.

3.      In further support, the Parties state that the current posture of this action justifies a continuance.

- 2 -

4. On January 27, 2005, the Court granted the Parties' Joint Motion for Immediate Discovery (Court Docket No. 13). The Parties are currently engaged in a cooperative effort not only to obtain the expedited discovery authorized by the Court on January 27th, but also to undertake inspections, depositions, and further discovery identified in the Court's Stipulated Order and Preliminary Injunction entered on December 30, 2004. In this regard, limited discovery has already begun and a scheduling conference is not needed to advance this action in the near term. Indeed, the Parties are heavily scheduled between now and February 16th conducting this expedited discovery.

5. Moreover, the Parties agree that additional time will allow the Parties to obtain some of the expedited discovery requested and, in view of that discovery, formulate more realistic positions on settlement and the proper scope and schedule of formal discovery, the topics of the Parties' Federal Rule 26(f) conference. In consequence, a continuance will allow the Parties sufficient time to reach more informed positions with regard to the required subjects of the initial scheduling conference.

6. The Parties have conferred on this matter and submit that both Parties are available on March 8, 2005, and that such a continuance will allow the Parties sufficient time to obtain expedited discovery and properly confer with regard to the initial scheduling conference.

WHEREFORE, the Parties respectfully request that the Court continue the February 16,

- 3 -

2005 initial scheduling conference to a date on or after March 8, 2005.

Respectfully submitted,

| RYAN H. SOWERS, | NUMERIC INVESTORS LLC, |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ Justine H. Brousseau | /s/ Gabriel M. Helmer |
| Justine H. Brousseau, BBO No. 553776 | Michele A. Whitham, BBO No. 553705 |
| KIMBALL, BROUSSEAU & MICHON, LLP | Gabriel M. Helmer, BBO No. 652640 |
| One Washington Mall | FOLEY HOAG LLP |
| Boston, Massachusetts 02108 | 155 Seaport Boulevard |
| (617) 367-9449 | Boston, Massachusetts 02210 |
| | (617) 832-1000 |

Dated: February 2, 2005