UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NUMERIC INVESTORS LLC,

        Plaintiff,

v.

RYAN H. SOWERS,

        Defendant.

CIVIL ACTION No. 04-12692 RCL

### STIPULATED LIMITED PROTECTIVE ORDER

      WHEREAS, the Plaintiff Numeric Investors LLC ("Numeric") and Defendant Ryan H. Sowers ("Sowers") recognize that during the course of this lawsuit, third party discovery will be taken to ascertain and confirm whether or not highly sensitive Numeric information, software, files and data are and/or have ever been within the possession, custody or control of Sowers or third parties;

      WHEREAS the identity of the targets of such third party discovery and the information in their possession should not be released into the public domain, but rather should be treated as confidential pursuant to the Federal Rules of Civil Procedure to expedite discovery and to protect the confidentiality of the information in their possession;

      WHEREAS it has been agreed by and among the parties through their respective counsel, that this Stipulated Limited Protective Order preventing the unnecessary disclosure or dissemination of such confidential information should be entered by the United States District Court for the District of Massachusetts; and

      WHEREAS the Court has reviewed the terms and conditions of the Stipulated Limited Protective Order submitted by the parties;

      IT IS HEREBY STIPULATED, AGREED AND ORDERED THAT:

1. Any information, documents or other materials produced, formally or informally, voluntarily or in response to a discovery request, subpoena, or deposition in this action and any Material exchanged in correspondence or filed with the Court shall be designated as CONFIDENTIAL: RESTRICTED DISCLOSURE by the Parties if either Party determines in good faith that the document:

   a. identifies any person or entity that may have within its possession, custody or control confidential Numeric materials or information concerning the location of or transfer of confidential Numeric materials, or

   b. contains any information whatsoever concerning the custody of, transfer of and access to confidential Numeric materials, or

   c. contains any confidential or proprietary information, software, data or material belonging to Numeric.

2. Material designated as CONFIDENTIAL: RESTRICTED DISCLOSURE shall not be used or disclosed for any purposes other than the litigation of this action and may be disclosed only as follows:

   a. Counsel for each of the Parties, including the secretarial and clerical employees who work regularly with such attorneys,

   b. the Independent Experts retained by counsel in this action,

   c. those employees of Numeric who have a demonstrable need to know such information in connection with the prosecution or defense of this action,

   d. any person who prepared a document that has been designated as CONFIDENTIAL: RESTRICTED DISCLOSURE or who is listed on the face of such a document as a recipient of the document, or who has been shown likely to

have received a copy of the document in the ordinary course of business, but the disclosure shall be limited to the specific designated material disclosed in the particular document prepared or received by such person, and

   e. Court officials (including court reporters and any special master or technical advisor appointed by the Court) and the Court's staff in connection with the Court's administration and adjudication of this actions.

3. The Parties may bring a motion to impound any court filings containing materials designated as CONFIDENTIAL: RESTRICTED DISCLOSURE under this Stipulated Limited Protective Order provided that any such motion shall: (i) set forth a description, in general terms, of the confidential materials and a short statement setting forth the reason justifying impoundment; and (ii) is accompanied by a redacted version of the document or item containing confidential materials, to be placed in the court's public files, and an unredacted version of the document or item containing the confidential materials, marked or highlighted to indicate clearly the portions for which impoundment is sought.

4. In applications and motions to the Court, all submissions of material designated as CONFIDENTIAL: RESTRICTED DISCLOSURE under this Stipulated Limited Protective Order shall be filed with the Court in sealed enclosures on which shall be affixed a cover sheet. The cover sheet shall include the case caption of this action, including the case number, the title "Confidential: Restricted Document," and a statement substantially in the following form:

> **THIS ENVELOPE CONTAINS CONFIDENTIAL MATERIALS SUBJECT TO A PROTECTIVE ORDER ENTERED IN THIS ACTION ON [Insert Date of Order]. IT IS NOT TO BE OPENED NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC, EXCEPT BY ORDER OF THE COURT.**

5.  In addition, the attorney of record for the party filing a document containing designated information or materials shall sign the cover sheet. The submission shall indicate clearly which portions are designated to be CONFIDENTIAL: RESTRICTED DISCLOSURE. The materials so filed shall be impounded until ten (10) calendar days after the Parties inform the Court that they have exhausted their opportunities to locate and recover the confidential Numeric materials at issue in this action or until further order of this Court. The materials shall thereafter be treated as public court documents.

| | |
|---|---|
| RYAN H. SOWERS, | NUMERIC INVESTORS LLC, |
| By his attorney, | By its attorneys, |
| *Justine H. Brousseau JHH* | *Michael M. Helmer* |
| Justine H. Brousseau, BBO No. 553776 | Michele A. Whitham, BBO No. 553705 |
| KIMBALL, BROUSSEAU & MICHON, LLP | Gabriel M. Helmer, BBO No. 652640 |
| One Washington Mall | FOLEY HOAG LLP |
| Boston, Massachusetts 02108 | 155 Seaport Boulevard |
| (617) 367-9449 | Boston, Massachusetts 02210 |
| | (617) 832-1000 |

Dated: January 25, 2005

The Court, having considered the Stipulated Order and Preliminary Injunction presented by both Parties, so orders as set forth above.

DATED: 2/3/05
9:30 A.M.

_____
United States District Judge