UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NUMERIC INVESTORS LLC,

    Plaintiff,

v.

RYAN H. SOWERS,

    Defendant.

CIVIL ACTION No. 04-12692 RCL

### PLAINTIFF NUMERIC INVESTORS LLC'S MOTION TO IMPOUND

Pursuant to Local Rule 7.2, this Court's Stipulated Limited Protective Order (Court Docket. No. 16) and Notice of Scheduling Conference and Additional Matters (Court Docket No. 12), Plaintiff Numeric Investors LLC ("Numeric") respectfully moves this Court to impound Numeric's Motion to Compel as well as the supporting Memorandum of Law and Declaration of Gabriel M. Helmer, all filed herewith.

As grounds therefore, Numeric states as follows:

1.  On January 27, 2005, this Court allowed expedited discovery to proceed pursuant to the Parties' Emergency Joint Motion for Immediate Discovery Concerning the Transfer of Confidential Electronic Documents (Court Docket No. 13).

2.  On February 3, 2005, this Court entered the Stipulated Limited Protective Order (Court Docket. No. 16) which allows the Parties to designate as Confidential that material which identifies individuals or information concerning the whereabouts of confidential Numeric files transferred outside of the Company by the Defendant in this case.

3.  Numeric has designated the expedited discovery produced thus far in the case as Confidential pursuant to the Stipulated Limited Protective Order (Court Docket. No. 16) because

it identifies individuals, computer systems, and Internet accounts that may possess or contain highly sensitive Numeric information, files and data.

4.     Numeric's Motion to Compel is directed to one such individual who, as is fully set forth in the supporting Memorandum of Law, Numeric reasonably believes is in possession of confidential Numeric materials. Numeric's Motion to Compel as well as the supporting Memorandum of Law and Declaration of Gabriel M. Helmer contain continual reference to the identity of the individual who is the subject of discovery as well as specific computers and Internet accounts that Numeric believes contain relevant evidence and information regarding the unauthorized transfers at issue in this matter.

5.     Public disclosure of the identity of the individual at issue, his or her computer systems and Internet accounts as well as the details of the Defendant's transfers, through public access to Numeric's Motion to Compel as well as the supporting Memorandum of Law and Declaration of Gabriel M. Helmer, presents a real opportunity for others parties to tamper with or obtain highly sensitive and valuable Numeric property, as detailed in the Parties' Emergency Joint Motion for Impoundment and Limited Protective Order (Court Docket No. 14).

6. Under these circumstances, there is good cause to impound Numeric's Motion to Compel as well as the supporting Memorandum of Law and Declaration of Gabriel M. Helmer.

Respectfully submitted,

NUMERIC INVESTORS LLC,

By its attorneys,

Michele A. Whitham  (BBO No. 553705)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA  02210
(617) 832-1000

ATTORNEYS FOR PLAINTIFFS

Dated: February 25, 2005

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for NUMERIC INVESTORS attempted to confer with counsel for RYAN H. SOWERS and MATTHEW J. VAN VLACK in a good faith attempt to resolve the issues raised in this motion and was unable to do so.

_____
Gabriel M. Helmer

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2005, I caused a true copy of the above document to be served upon counsel for MATTHEW J. VAN VLACK and counsel for RYAN H. SOWERS by mail.

_____
Gabriel M. Helmer

- 4 -