UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUMERIC INVESTORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RYAN H. SOWERS,<br><br>Defendant. | CIVIL ACTION No. 04-12692 RCL<br><br>FILED UNDER SEAL<br>CONFIDENTIAL: RESTRICTED DISCLOSURE<br><br>**REDACTED FOR PUBLIC FILING** |

**PLAINTIFF NUMERIC INVESTORS LLC'S MOTION TO COMPEL
THE PRODUCTION OF DOCUMENTS AND THINGS
FROM** ▓▓▓▓▓▓▓▓▓▓

The recipient of a third-party subpoena in this matter, ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓, refuses to permit the inspection of ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓. Pursuant to Rule 45, Plaintiff Numeric Investors LLC ("Numeric") respectfully moves this Court to ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓, and (2) enter the Protective Order For Independent Inspection of Discovery From Third Parties ("Protective Order") in the form attached hereto, to set limits on the inspection and disclosure of responsive material. In support of this motion, Numeric relies upon its supporting Memorandum of Law and the Declaration of Gabriel M. Helmer filed contemporaneously with this Motion.

Respectfully submitted,

NUMERIC INVESTORS LLC,

By its attorneys,

*/s/ Gabriel M. Helmer*

Michele A. Whitham (BBO No. 553705)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 832-1000

ATTORNEYS FOR PLAINTIFFS

Dated: February 25, 2005

### CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for NUMERIC INVESTORS attempted to confer with counsel for ▮▮▮▮▮ in a good faith attempt to resolve the issues raised in this motion and was unable to do so.

*/s/ Gabriel M. Helmer*
Gabriel M. Helmer

### CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2005, I caused a true copy of the above document to be served upon counsel for ▮▮▮▮▮ and counsel for RYAN H. SOWERS by mail.

*/s/ Gabriel M. Helmer*
Gabriel M. Helmer

- 2 -