UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| NUMERIC INVESTORS LLC, | |
|---|---|
| Plaintiff, | CIVIL ACTION No. 04-12692 RCL |
| v. | |
| RYAN H. SOWERS, | |
| Defendant. | |

**ASSENTED-TO MOTION TO IMPOUND
THIRD-PARTY'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Local Rule 7.2, this Court's Stipulated Limited Protective Order (Court Docket. No. 16) and Notice of Scheduling Conference and Additional Matters (Court Docket No. 12), Plaintiff Numeric Investors LLC ("Numeric") respectfully moves this Court to impound the Third-Party's Opposition to Plaintiff's Motion to Compel the Production of Documents and Things as well as the supporting Memorandum of Law and Affidavit, all filed with the Court on March 10, 2005. In addition, the Third-Party filing the Opposition to Numeric's Motion to Compel as well as Defendant Ryan H. Sowers ("Sowers") have assented to the filing of this Motion.

As grounds therefore, Numeric states as follows:

1. On January 27, 2005, this Court allowed expedited discovery to proceed pursuant to the Parties' Emergency Joint Motion for Immediate Discovery Concerning the Transfer of Confidential Electronic Documents (Court Docket No. 13).

2. On February 3, 2005, this Court entered the Stipulated Limited Protective Order (Court Docket. No. 16) which allows parties to designate as Confidential that material which identifies individuals or information concerning the whereabouts of confidential Numeric files transferred outside of the Company by the Defendant in this case.

3. The Parties have designated the expedited discovery produced thus far in the case as Confidential pursuant to the Stipulated Limited Protective Order (Court Docket. No. 16) because it identifies individuals, computer systems, and Internet accounts that may possess or contain highly sensitive Numeric information, files and data.

4. Numeric's Motion to Compel is directed to one such individual, the Third-Party responding to Numeric's Motion to Compel, who, as is set forth in Numeric's Motion to Compel and supporting Memorandum of Law, Numeric believes is in possession of confidential Numeric materials. The Third-Party's Opposition to Numeric's Motion to Compel contains continual reference to the identity of the Third-Party who is the subject of discovery as well as specific computers and Internet accounts that Numeric believes are likely to contain relevant evidence and information regarding the unauthorized transfers at issue in this matter.

5. Public disclosure of the identity of the individual at issue, his or her computer systems and Internet accounts as well as the details of the Defendant's transfers, through public access to the Third-Party's Opposition, will disclose the confidential details of the Parties' investigation. If, as Numeric suspects, Numeric's property exists in unsecured locations, public disclosure presents a significant opportunity for other individuals to tamper with or obtain highly sensitive and valuable Numeric property, as detailed in the Parties' Emergency Joint Motion for Impoundment and Limited Protective Order (Court Docket No. 14). In this regard, if the Third-Party's Opposition is publicly disclosed the confidential details of the Parties' expedited discovery will be available to the public which is contrary to purpose of the Stipulated Limited Protective Order (Court Docket No. 16).

6.   Under these circumstances, there is good cause to impound the Third-Party's Opposition to Plaintiff's Motion to Compel the Production of Documents and Things as well as the supporting Memorandum of Law and Affidavit.

7.   Numeric has conferred with counsel for Sowers and the Third-Party who is the subject of Numeric's Motion to Compel the Production of Documents and Things and counsel have indicated their assent to the filing of this Motion and the impoundment of the Third-Party's Opposition and the supporting Memorandum of Law and Affidavit filed on March 10, 2005.

Respectfully submitted,

NUMERIC INVESTORS LLC,

By its attorneys,

*/s/ Gabriel M. Helmer*
Michele A. Whitham  (BBO No. 553705)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA  02210
(617) 832-1000

ATTORNEYS FOR PLAINTIFFS

Dated: March 11, 2005

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2005, I caused a true copy of the above document to be served upon counsel for the THIRD-PARTY subject to Numeric's Supoena and counsel for RYAN H. SOWERS by mail.

_____
Gabriel M. Helmer