FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 MAR 11  P 3: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

| NUMERIC INVESTORS, LLC, |  |
|---|---|
| Plaintiff, |  |
| v. | CIVIL ACTION NO. 04-12692-RCL |
| RYAN H. SOWERS, |  |
| Defendant. |  |

### OPPOSITION OF ▮▮▮▮▮ TO PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND THINGS

▮▮▮▮▮ hereby opposes the Plaintiff's Motion to Compel the Production of Documents and Things, as sought by the Plaintiff, Numeric Investors, LLC ("Numeric"). Numeric has failed to satisfy its burden to show why ▮▮▮▮▮ privacy rights, including those guaranteed by Massachusetts General Laws Chapter 214, § 1B, should be disregarded simply to satisfy Numeric's curiosity. ▮▮▮▮▮ at great time and expense, has searched his personal computers and produced in documentary and electronic form the data and documents requested by Numeric, and has given deposition testimony over a span of time in excess of five (5) hours,. ▮▮▮▮▮'s deposition testimony, the documents he has produced, and all of the other evidence in the case, show that ▮▮▮▮▮ did not receive any Numeric proprietary information from the Defendant, Ryan H. Sowers ("Sowers"). As Numeric has failed to establish that ▮▮▮▮▮ received, or even likely received, Numeric proprietary data from Mr. Sowers in December, 2004 (or at any other time), Numeric's motion seeking complete access to and copies of all data on ▮▮▮▮▮'s personal computers must fail.

In support of his Opposition, ▬▬▬▬ relies upon the supporting memorandum of law and the Affidavit of ▬▬▬▬▬▬ filed contemporaneously with this Opposition.

▬▬▬▬▬

By his Attorneys,
RIEMER & BRAUNSTEIN LLP

Dated: March 10, 2005

_____
Dennis E. McKenna, BBO # 556428
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

## CERTIFICATE OF SERVICE

I, Dennis E. McKenna, hereby certify that on this 10 day of March, 2005, I caused a true and accurate copy of the foregoing document to be served by hand/first class mail, postage prepaid upon: Gabriel M. Helmer, Esquire, Foley Hoag LLP, 155 Seaport Boulevard, Boston, Massachusetts 02210; and Justine H. Brousseau, Esquire, Kimbell, Brousseau & Michon, LLP, One Washington Mall, Boston, Massachusetts 02108.

_____
Dennis E. McKenna

880416.1