UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

_Numeric Investors_

v.

_Ryan Sowers_

Check if previously referred ☐

CA/CR No. _04-12692-RCL_

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _Bowler_ for the following proceedings:

(A) ☑ Referred for full pretrial case management, including all dispositive motions.

(B) ☐ Referred for full pretrial case management, **not** including dispositive motions.

(C) ☐ Referred for discovery purposes only.

(D) ☐ Referred for Report and Recommendation on:

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    ( ) Motion(s) to dismiss
    ( ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(E) Case referred for events only. See Doc. No(s). _____

(F) Case referred for settlement.

(G) Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H) Special Instructions: _Counsel request a settlement Conf within 14 days of the close of expedited disc_

Date _3/17/05_

By: _____ Deputy Clerk

(OrRef for pdf.wpd - 05/2003)

---

[1] See reverse side of order for instructions