# SEALED DOCUMENT

Case 1:04-cv-12692-RCL   Document 34-2   Filed 04/05/2005   Page 1 of 1