UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NUMERIC INVESTORS LLC,

                Plaintiff,

v.

RYAN H. SOWERS,

                Defendant.

CIVIL ACTION No. 04-12692 RCL

**PLAINTIFF NUMERIC INVESTORS LLC'S MOTION TO IMPOUND
THIRD PARTY'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AFFIDAVIT**

Pursuant to Local Rule 7.2, this Court's Stipulated Limited Protective Order (Court Docket. No. 16) and Notice of Scheduling Conference and Additional Matters (Court Docket No. 12), Plaintiff Numeric Investors LLC ("Numeric") respectfully moves this Court to impound the Motion for Leave to File Supplemental Affidavit In Opposition to Plaintiff's Motion to Compel Production of Documents and Things (Court Docket No. 34).[1]

As grounds therefore, Numeric states as follows:

1.      On January 27, 2005, this Court allowed expedited discovery to proceed pursuant to the Parties' Emergency Joint Motion for Immediate Discovery Concerning the Transfer of Confidential Electronic Documents (Court Docket No. 13).

2.      On February 3, 2005, this Court entered the Stipulated Limited Protective Order (Court Docket. No. 16) which allows the Parties to designate as Confidential that material which identifies individuals or information concerning the whereabouts of confidential Numeric files transferred outside of the Company by the Defendant in this case.

---

[1] Reference will be made to "Third Party" rather than the true identity of the third party who has presented the filing at issue in this Motion because the identity of that individual is currently confidential under the terms of the Court's Stipulated Limited Protective Order (Court Docket No. 16).

3.      The Parties have designated the expedited discovery produced thus far in the case as Confidential pursuant to the Stipulated Limited Protective Order (Court Docket. No. 16) because it identifies individuals, computer systems, and Internet accounts that may possess or contain highly sensitive Numeric information, files and data.

4.      On April 4, 2005, the Third Party filed its Motion for Leave (Court Docket No. 34) without moving to impound the filing.

5.      The Third Party's Motion for Leave, has been filed by an individual who, as is fully set forth in Numeric's Motion to Compel (Court Docket No. 21) the supporting Memorandum of Law (Court Docket No. 22), Numeric reasonably believes is in possession of confidential Numeric materials.  Numeric's Motion to Compel as well as the supporting Memorandum of Law and Declaration of Gabriel M. Helmer contain continual reference to the identity of the entity and individuals who are the subject of expedited discovery as well as specific computers and Internet accounts that Numeric believes contain relevant evidence and information regarding the unauthorized transfers at issue in this matter.

6.      Public disclosure of the identity of the Third Party, as well as his or her computer systems, through public access to Third Party's Motion, presents a real opportunity for others parties to tamper with or obtain highly sensitive and valuable Numeric property, as detailed in the Parties' Emergency Joint Motion for Impoundment and Limited Protective Order (Court Docket No. 14).

7.      Under these circumstances, there is good cause to impound the Third Party's

Motion for Leave to File Supplemental Affidavit In Opposition to Plaintiff's Motion to Compel

Production of Documents and Things (Court Docket No. 34).[2]

Respectfully submitted,

NUMERIC INVESTORS LLC,

By its attorneys,


/s/ Gabriel M. Helmer
Michele A. Whitham  (BBO No. 553705)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA  02210
(617) 832-1000

Dated: April 5, 2005                    ATTORNEYS FOR PLAINTIFF


**CERTIFICATION OF COUNSEL**

       Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for NUMERIC
INVESTORS attempted to confer with counsel for RYAN H. SOWERS and the THIRD PARTY
in a good faith attempt to resolve the issues raised in this motion and was unable to do so.


/s/ Gabriel M. Helmer
Gabriel M. Helmer

---

[2] Pursuant to the Court's Notice of Scheduling Conference and Additional Matters (Court Docket No. 12), Numeric
hereby provides a redacted copy of the Third Party's Motion for Leave suitable for public filing attached at Exhibit
A.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 5th day of April, 2005, I caused a true copy of the above document to be served upon counsel for for RYAN H. SOWERS and the THIRD PARTY by mail.


**/s/ Gabriel M. Helmer**
Gabriel M. Helmer

- 4 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NUMERIC INVESTORS, LLC,

Plaintiff,

v.

RYAN H. SOWERS,

Defendant.

CIVIL ACTION NO. 04-12692-RCL

███████████████████████████ **MOTION FOR LEAVE TO FILE SUPPLEMENTAL AFFIDAVIT IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS**

███████████████████████████ hereby respectfully requests that ███ be permitted to file a Supplemental Affidavit in opposition to Plaintiff's Motion to Compel the Production of Documents and Things pursuant to Local Rule 7.1(B)(3). As grounds for this Motion, ███ ███ states that the Plaintiff, Numeric Investors, LLC ("Numeric") has raised several new issues in its "Reply in Support of Numeric Investors LLC's Motion to Compel the Production of Documents and Things ████████████████ which require clarification and/or correction.

For example, in its reply, Numeric argues that █████████████████████████ ███████████████ That argument is misleading as will be explained by ████████ in ███ Supplemental Affidavit. Also in its reply, Numeric has attempted to mischaracterize an

████████████████████████████████████████████

█████████████████ also desires to respond to an erroneous argument by Numeric that

█████████████████████████████████████████████████████

███████████████████

By ██ Attorneys,
RIEMER & BRAUNSTEIN LLP

Dated: April 4, 2005

Dennis E. McKenna, BBO # 556428
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for ███████
██████ attempted to confer with Gabriel M. Helmer, Esquire, counsel to the Plaintiff, in a good faith attempt to resolve the issues raised in this Motion, and was unable to speak to him to narrow the issues in dispute.

Dennis E. McKenna

## CERTIFICATE OF SERVICE

I, Dennis E. McKenna, hereby certify that on this 4 day of April, 2005, I caused a true and accurate copy of the foregoing document to be served by overnight mail upon: Gabriel M. Helmer, Esquire, Foley Hoag LLP, 155 Seaport Boulevard, Boston, Massachusetts 02210; and Justine H. Brousseau, Esquire, Kimbell, Brousseau & Michon, LLP, One Washington Mall, Boston, Massachusetts 02108.

Dennis E. McKenna

885322.1

2