UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUMERIC INVESTORS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>RYAN H. SOWERS,<br><br>        Defendant. | CIVIL ACTION No. 04-12692 RCL<br><br>**FILED UNDER SEAL**<br>**CONFIDENTIAL: RESTRICTED DISCLOSURE** |

**PLAINTIFF NUMERIC INVESTORS LLC'S MOTION TO COMPEL
PRODUCTION OF WITNESSES, DOCUMENTS AND THINGS FROM
▬▬▬▬▬▬▬▬▬▬▬▬▬**

Pursuant to Rule 45, Plaintiff Numeric Investors LLC ("Numeric" or the "Company") respectfully moves this Court for an order compelling ▬▬▬▬▬▬▬▬▬ to produce witnesses as well as documents and things requested in two Subpoenas, ▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. In addition, Numeric requests that the Court enter the Protective Order For Independent Inspection of Discovery From Third Parties ("Protective Order") in the form attached hereto as <u>Exhibit 3</u>,[1] to control the scope of the inspection ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ to material relevant to this lawsuit. ▬▬▬▬▬

---

[1] The proposed Protective Order is identical in form to the proposed order attached to Plaintiff's Reply in Support of its Motion to Compel Production of Documents and Things from ▬▬▬▬▬▬▬▬, filed on March 17, 2005. In this respect, the Plaintiffs seek the entry of only one such protective order to govern the inspection of the discovery produced by third parties such as ▬▬▬▬▬▬▬▬. Moreover, the Proposed Protective Order submitted here is similar to, but revised from the Protective Order proposed in Numeric's February 25, 2005 Motion to Compel the Production of Documents and Things from ▬▬▬▬▬▬▬▬. In this respect, Numeric respectfully requests that the Court enter the revised Protective Order attached as <u>Exhibit 3</u>, in substitution for and in lieu of Numeric's February 25th proposal.

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2005, I caused a true copy of the above document to be served upon counsel for ███████████████████ and counsel for RYAN H. SOWERS by mail.

_____
Gabriel M. Helmer

- 3 -

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████

████████████████. In support of this Motion, Numeric relies on its supporting Memorandum of Law, filed contemporaneously with this Motion.

Respectfully submitted,

NUMERIC INVESTORS LLC,

By its attorneys,

*/s/ Gabriel M. Helmer*
Michelle A. Whitham  (BBO No. 553705)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA  02210
(617) 832-1000

Dated: April 5, 2005                                      ATTORNEYS FOR PLAINTIFF

**CERTIFICATION OF COUNSEL**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for NUMERIC INVESTORS attempted to confer with counsel for ████████████████████████ in a good faith attempt to resolve the issues raised in this motion and was unable to do so.

*/s/ Gabriel M. Helmer*
Gabriel M. Helmer