UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUMERIC INVESTORS LLC,<br><br>                Plaintiff,<br><br>v.<br><br>RYAN H. SOWERS,<br><br>                Defendant. | CIVIL ACTION No. 04-12692 RCL |

**PLAINTIFF NUMERIC INVESTORS LLC'S PARTIALLY ASSENTED-TO
MOTION TO IMPOUND
<u>THIRD PARTY'S SUPPLEMENTAL AFFIDAVIT</u>**

Pursuant to Local Rule 7.2, this Court's Stipulated Limited Protective Order (Court Docket. No. 16) and Notice of Scheduling Conference and Additional Matters (Court Docket No. 12), Plaintiff Numeric Investors LLC ("Numeric") respectfully moves this Court to impound the Supplemental Affidavit In Opposition to Plaintiff's Motion to Compel Production of Documents and Things (Court Docket No. 39).[1] Defendant Ryan H. Sowers has assented to this Motion.

As further grounds therefore, Numeric states as follows:

1.      On January 27, 2005, this Court allowed expedited discovery to proceed pursuant to the Parties' Emergency Joint Motion for Immediate Discovery Concerning the Transfer of Confidential Electronic Documents (Court Docket No. 13).

2.      On February 3, 2005, this Court entered the Stipulated Limited Protective Order (Court Docket. No. 16) which allows the Parties to designate as Confidential that material which identifies individuals or information concerning the whereabouts of confidential Numeric files transferred outside of the Company by the Defendant in this case.

---

[1] Reference will be made to "Third Party" rather than identify the third party who has presented the supplemental affidavit at issue in this Motion because the identity of that individual is currently confidential under the terms of the Court's Stipulated Limited Protective Order (Court Docket No. 16).

- 2 -

3.     The Parties have designated the expedited discovery produced thus far in the case as Confidential pursuant to the Stipulated Limited Protective Order (Court Docket. No. 16) because it identifies individuals, computer systems, and Internet accounts that may possess or contain highly sensitive Numeric information, files and data.

4.     On April 7, 2005, the Third Party filed its Supplemental Affidavit (Court Docket No. 39) without any attempt to impound the filing.

5.     The Third Party's Supplemental Affidavit, has been filed by an individual who, as is fully set forth in Numeric's Motion to Compel (Court Docket No. 21) the supporting Memorandum of Law (Court Docket No. 22), Numeric reasonably believes is in possession of confidential Numeric materials.  The Third Party's Supplemental Affidavit contain continual reference to the identity of the entities and individuals who are the subject of expedited discovery as well as specific computers and Internet accounts that Numeric believes contain relevant evidence and information regarding the unauthorized transfers at issue in this matter.

6.     Public disclosure of the identity of the Third Party, as well as his or her computer systems and Internet accounts, through public access to Third Party's Supplemental Affidavit, presents a real opportunity for others parties to tamper with or obtain highly sensitive and valuable Numeric property, as detailed in the Parties' Emergency Joint Motion for Impoundment and Limited Protective Order (Court Docket No. 14).

7.      Under these circumstances, there is good cause to impound the Third Party's Supplemental Affidavit In Opposition to Plaintiff's Motion to Compel Production of Documents and Things (Court Docket No. 39).

> Respectfully submitted,
>
> NUMERIC INVESTORS LLC,
>
> By its attorneys,
>
> **/s/ Gabriel M. Helmer**
> Michele A. Whitham (BBO No. 553705)
> Gabriel M. Helmer (BBO No. 652640)
> FOLEY HOAG LLP
> 155 Seaport Blvd.
> Boston, MA  02210
> (617) 832-1000

Dated: April 7, 2005                        ATTORNEYS FOR PLAINTIFF

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for NUMERIC INVESTORS attempted to confer with counsel for RYAN H. SOWERS and the THIRD PARTY in a good faith attempt to resolve the issues raised in this motion and counsel for RYAN H. SOWERS indicated her assent to this motion.

> **/s/ Gabriel M. Helmer**
> Gabriel M. Helmer

- 4 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 7th day of April, 2005, I caused a true copy of the above document to be served upon counsel for RYAN H. SOWERS and the THIRD PARTY by mail.

                                           **/s/ Gabriel M. Helmer**
                                            Gabriel M. Helmer