UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NUMERIC INVESTORS LLC,

            Plaintiff,

v.

RYAN H. SOWERS,

            Defendant.

CIVIL ACTION No. 04-12692 RCL

**PLAINTIFF NUMERIC INVESTORS LLC'S MOTION FOR
LEAVE TO FILE REPLY MEMORANDUM**

      Plaintiff Numeric Investors LLC ("Numeric") hereby respectfully requests leave to file a reply brief in support of its April 5, 2005 Motion To Compel The Production of Witnesses, Documents and Things[1] (Court Docket No. 42) pursuant to Local Rule 7.1(B)(3). As grounds for this Motion, Numeric states that the Third Party's Opposition filed on April 19, 2005 (Court Docket No. 47), relies on several pages of newly asserted factual allegations made by "Special Affidavit" (Court Docket No. 48) that has been executed by an individual purportedly not subject to the jurisdiction of this Court. The Third Party's factual allegations are disingenuous and are directly contradicted by the evidence adduced to date in this case, and Numeric thus seeks leave to reply to provide the Court with said evidence. In addition, the Third Party's Opposition cites at least a dozen new cases and a brief reply is necessary to respond to certain of those new citations and address the misleading arguments made in the Third Party's Opposition with respect to the proper legal standards for the resolution of this matter. Numeric respectfully

---

[1] Numeric filed its Motion to Compel (Court Docket No. 42) under seal on April 5, 2005 because the identity of the Third Party to whom the Motion to Compel is directed is confidential pursuant to the Stipulated Limited Protective Order (Court Docket No. 16). For this reason, this Motion shall refer to the party identified in Numeric's Motion to Compel as the "Third Party."

submits that the reply will assist the Court in preparing for the oral hearing on this matter that is scheduled for April 28, 2005.

                                  Respectfully submitted,

                                  NUMERIC INVESTORS LLC,

                                  By its attorneys,

                                  **/s/ Gabriel M. Helmer**
                                  Michele A. Whitham  (BBO No. 553705)
                                  Gabriel M. Helmer (BBO No. 652640)
                                  FOLEY HOAG LLP
                                  155 Seaport Blvd.
                                  Boston, MA  02210
                                  (617) 832-1000

Dated: April 21, 2005                          ATTORNEYS FOR PLAINTIFF

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for NUMERIC INVESTORS attempted to confer with Rita Kraner, Esquire, counsel for the Third Party, in a good faith attempt to resolve the issues raised in this motion and was unable to obtain her assent to this motion or narrow the issues in dispute.

                                  **/s/ Gabriel M. Helmer**
                                  Gabriel M. Helmer

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2005, I caused a true copy of the above document to be served upon Rita Kaner, Esquire, counsel for the Third Party, and Justine H. Brousseau, Esquire, counsel for the Defendant, by mail.

                                  **/s/ Gabriel M. Helmer**
                                  Gabriel M. Helmer