UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUMERIC INVESTORS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN H. SOWERS,<br><br>    Defendant. | CIVIL ACTION No. 04-12692 RCL |

**PLAINTIFF NUMERIC INVESTORS LLC'S ASSENTED-TO MOTION
TO IMPOUND REPLY BRIEF**

Pursuant to Local Rule 7.2, this Court's Stipulated Limited Protective Order (Court Docket. No. 16) and Notice of Scheduling Conference and Additional Matters (Court Docket No. 12), Plaintiff Numeric Investors LLC ("Numeric") respectfully moves this Court to impound Numeric's Reply in Support of its Motion to Compel filed herewith. Counsel for the Third Party[1] and counsel for the Defendant have assented to the filing of this motion.

As grounds therefore, Numeric states as follows:

1. On January 27, 2005, this Court allowed expedited discovery to proceed pursuant to the Parties' Emergency Joint Motion for Immediate Discovery Concerning the Transfer of Confidential Electronic Documents (Court Docket No. 13).

2. On February 3, 2005, this Court entered the Stipulated Limited Protective Order (Court Docket. No. 16) which allows the Parties to designate as Confidential that material which identifies individuals or information concerning the whereabouts of confidential Numeric files transferred outside of the Company by the Defendant in this case.

---

[1] Reference will be made to a "Third Party" rather than identify the third party who is the subject of Numeric's Motion to Compel because the identity of that entity is currently confidential under the terms of the Court's Stipulated Limited Protective Order (Court Docket No. 16).

- 2 -

3.  Numeric has designated the expedited discovery produced thus far in the case as Confidential pursuant to the Stipulated Limited Protective Order (Court Docket. No. 16) because it identifies third parties, computer systems, and Internet accounts that may possess or contain highly sensitive Numeric information, files and data.

4.  Numeric's Reply in Support of its Motion to Compel is directed to one such third party who Numeric reasonably believes is in possession of confidential Numeric materials. Numeric's Reply in Support of its Motion to Compel contains continual references to the identity of the individual who is the subject of discovery, as well as specific computers and Internet accounts that Numeric believes contain relevant evidence and information regarding the unauthorized transfers at issue in this matter. In addition, Exhibits A-C contain documents produced by the Defendant and another third party under the Stipulated Limited Protective Order as well as confidential details of the Parties' expedited discovery.

5.  Public disclosure of the identity of the third party at issue, its computer systems and Internet accounts as well as the details of the Defendant's transfers and the Parties' investigation, through public access to Numeric's Reply and certain of the accompanying exhibits, presents a real opportunity for other parties to tamper with or obtain highly sensitive and valuable Numeric property, as detailed in the Parties' Emergency Joint Motion for Impoundment and Limited Protective Order (Court Docket No. 14).

6.  Under these circumstances, there is good cause to impound Numeric's Reply in Support of its Motion to Compel.

Respectfully submitted,

NUMERIC INVESTORS LLC,

By its attorneys,

*/s/ Gabriel M. Helmer*
Michele A. Whitham  (BBO No. 553705)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA  02210
(617) 832-1000

ATTORNEYS FOR PLAINTIFFS

Dated: April 27, 2005

### CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for NUMERIC INVESTORS attempted to confer with counsel for THIRD PARTY and RYAN H. SOWERS in a good faith attempt to resolve the issues raised in this motion and counsel indicated their assent.

*/s/ Gabriel M. Helmer*
Gabriel M. Helmer

### CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2005, I caused a true copy of the above document to be served upon counsel for the THIRD PARTY and counsel for RYAN H. SOWERS by hand.

*/s/ Gabriel M. Helmer*
Gabriel M. Helmer