UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NUMERIC INVESTORS LLC,

            Plaintiff,

v.

RYAN H. SOWERS,

            Defendant.

CIVIL ACTION No. 04-12692 RCL

## PLAINTIFF NUMERIC INVESTORS LLC'S ASSENTED-TO MOTION TO IMPOUND EMERGENCY MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Local Rule 7.2, this Court's Stipulated Limited Protective Order (Court Docket. No. 16) and Notice of Scheduling Conference and Additional Matters (Court Docket No. 12), Plaintiff Numeric Investors LLC ("Numeric") respectfully moves this Court to impound Numeric's Emergency Motion for Entry of Protective Order filed herewith. Counsel for the Third Parties[1] and counsel for the Defendant have assented to the filing of this motion.

As grounds therefore, Numeric states as follows:

1.    On January 27, 2005, this Court allowed expedited discovery to proceed pursuant to the Parties' Emergency Joint Motion for Immediate Discovery Concerning the Transfer of Confidential Electronic Documents (Court Docket No. 13).

2.    On February 3, 2005, this Court entered the Stipulated Limited Protective Order (Court Docket. No. 16) which allows the Parties to designate as Confidential that material which identifies individuals or information concerning the whereabouts of confidential Numeric files transferred outside of the Company by the Defendant in this case.

---

[1] Reference will be made to "Third Parties" rather than identify the third parties who are identified Numeric's Motion because the identity of those individuals and entities are currently confidential under the terms of the Court's Stipulated Limited Protective Order (Court Docket No. 16).

3.      Numeric has designated the expedited discovery produced thus far in the case as Confidential pursuant to the Stipulated Limited Protective Order (Court Docket. No. 16) because it identifies third parties, computer systems, and Internet accounts that may possess or contain highly sensitive Numeric information, files and data.

4.      Numeric's Motion is directed to third parties who Numeric has established are in possession of confidential Numeric materials. Numeric's Motion contains repeated reference to the identity of the individuals and entities who are the subject of discovery, as well as specific computers and Internet accounts that Numeric believes contain relevant evidence and information regarding the unauthorized transfers at issue in this matter as well as confidential details of the Parties' expedited discovery.

5.      Public disclosure of the identity of the third parties at issue, their computer systems and Internet accounts as well as the details of the transfers of Numeric property and the Parties' investigation, through public access to Numeric's Motion, presents a real opportunity for other parties to tamper with or obtain highly sensitive and valuable Numeric property, as detailed in the Parties' Emergency Joint Motion for Impoundment and Limited Protective Order (Court Docket No. 14).

6.    Under these circumstances, there is good cause to impound Numeric's Motion for

Entry of Protective Order.

Respectfully submitted,

NUMERIC INVESTORS LLC,

By its attorneys,

Michele A. Whitham  (BBO No. 553705)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA  02210
(617) 832-1000

ATTORNEYS FOR PLAINTIFFS

Dated: May 12, 2005

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for NUMERIC
INVESTORS attempted to confer with counsel for THIRD PARTIES and RYAN H. SOWERS
in a good faith attempt to resolve the issues raised in this motion and counsel indicated their
assent.

Gabriel M. Helmer

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of April, 2005, I caused a true copy of the above document to be served upon counsel for the THIRD PARTIES and counsel for RYAN H. SOWERS by hand.

Gabriel M. Helmer