UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NUMERIC INVESTORS, LLC,

           Plaintiff,

v.

RYAN H. SOWERS,

           Defendant.

CIVIL ACTION NO. 04-12692-RCL

In Open Court
USDC, Mass
Date 5/25/05
By
Deputy

## NOTICE OF APPEARANCE

    Please enter the appearance of Philip Y. Brown and Timothy P. Frawley on behalf of Maunakai Capital Partners, Ltd.

Dated: May 25, 2005

Respectfully submitted,
MAUNAKAI CAPITAL PARNTERS, LTD.
By its attorneys,

_____
Philip Y. Brown (BBO #552366)
Timothy P. Frawley (BBO #643688)
ADLER POLLOCK & SHEEHAN P.C.
175 Federal Street
Boston, Massachusetts 02110
(617) 482-0600

## CERTIFICATE OF SERVICE

    I, Timothy P. Frawley, do hereby certify that on May 25, 2005, I caused a copy of the foregoing to be served by hand upon all counsel of record.

_____
Timothy P. Frawley

*334158_1.doc*