UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUMERIC INVESTORS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>RYAN H. SOWERS,<br><br>        Defendant. | CIVIL ACTION No. 04-12692 RCL |

## JOINT MOTION FOR IMMEDIATE ENTRY OF
## <u>SEALED ORDER</u>

Plaintiff Numeric Investors LLC ("Numeric") and a third party involved in the expedited discovery phase of this matter (the "Third Party")[1] hereby respectfully request that the Court enter the stipulated protective order, filed herewith (the "Stipulated Order"), under seal. This joint motion is submitted in connection with the emergency hearing that occurred on May 25, 2005, during which time the Court requested that Numeric and the Third Party present the Court with a proposed order setting forth all relief upon which Numeric and the Third Party presently agree. The parties have conferred, jointly submit the Stipulated Order and respectfully request the Court to enter the Order under seal -- in accordance with the Stipulated Limited Protective Order (Court Docket. No. 16) (which allows material which identifies individuals or information concerning the whereabouts of confidential Numeric files transferred outside of the Company to be designated as Confidential and filed under seal) -- in order to prevent public disclosure of the underlying confidential details. The parties further state that it is their intention to continue to work to reach agreement on the terms of one provision that requires further

---

[1] Reference will be made to the "Third Party" rather than identify the third parties who are identified in the attached protective order because the identity of those individuals and entities are currently confidential under the terms of the Court's Stipulated Limited Protective Order (Court Docket No. 16).

- 2 -

discussion and to thereafter submit to the Court an Amended Stipulated Order finalizing the terms of their arrangement.

Respectfully submitted,

THIRD PARTY

| By their attorneys, | NUMERIC INVESTORS LLC, |
|---|---|
| | By its attorneys, |

*Philip Y. Brown* /s/

Dennis E. McKenna (BBO No. 556428)
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108
(617) 523-9000

Philip Y. Brown (BBO No. )
Timothy Frawley (BBO No. )
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston, MA 02110-2890
(617) 482-0600

Dated: May 26, 2005

Michele A. Whitham (BBO No. 553705)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 832-1000

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2005, I caused a true copy of the above document to be served upon counsel for RYAN H. SOWERS by hand.

*Gabriel M. Helmer*
Gabriel M. Helmer

FHBOSTON/3034206.2