UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NUMERIC INVESTORS, LLC,

        Plaintiff,

v.

RYAN H. SOWERS,

        Defendant.

CIVIL ACTION NO. 04-12692-RCL

## NOTICE OF APPEARANCE

Please enter the appearance of Philip Y. Brown, Esq. and Timothy P. Frawley, Esq. of Adler Pollock & Sheehan PC on behalf of Maunakai Capital Partners, Ltd. and Mr. Lai Wo Nip, a/k/a Simon Nip.

Dated: June 2, 2005

Respectfully submitted,

MAUNAKAI CAPITAL PARTNERS, LTD. and
LAI WO NIP

By their attorneys,

/s/ Philip Y. Brown
Philip Y. Brown (BBO #552366)
Timothy P. Frawley (BBO #643688)
ADLER POLLOCK & SHEEHAN P.C.
175 Federal Street
Boston, Massachusetts 02110
(617) 482-0600

## CERTIFICATE OF SERVICE

I, Philip Y. Brown, do hereby certify that on June 2, 2005, I caused a copy of the foregoing to be served by first class mail, postage prepaid, upon all counsel of record.

/s/ Philip Y. Brown
Philip Y. Brown

*334490_1*