UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-12692 RCL

| | |
|---|---|
| NUMERIC INVESTORS LLC, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RYAN H. SOWERS, | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF FIRM NAME

This is to provide notice that the law firm of Kimball, Brousseau & Michon, LLP, counsel for the Defendant Ryan H. Sowers, will change its firm name effective June 1, 2005, to the following:

### Kimball Brousseau LLP

The address and telephone and fax numbers will remain the same:

One Washington Mall, 14th Floor
Boston, MA 02108
Tel.   617.367.9449
Fax   617.367.9468

The new e-mail addresses for Attorneys Justine H. Brousseau and Nina Joan Kimball are: jbrousseau@KBattorneys.com and nkimball@KBattorneys.com.

Respectfully Submitted,
By His Attorneys

Justine H. Brousseau   BBO #553776
Nina Joan Kimball     BBO #547567
Kimball Brousseau LLP
One Washington Mall, 14th Floor
Boston, MA 02108

Dated: June 6, 2005

- 2 -

## Certificate of Service

I hereby certify that a true copy of this document has been served on all attorneys of record in this matter, via first class mail, postage prepaid.

Date: June 7, 2005                                    _____
                                                                          Paralegal

Copies to:

    Michele A. Whitham, Esq.
    Gabriel M. Helmer, Esq.
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA  02210

    Ryan Sowers
    22 Joclyn Avenue
    Framingham, MA  01701