UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUMERIC INVESTORS LLC,<br><br>                Plaintiff,<br><br>v.<br><br>RYAN H. SOWERS,<br><br>                Defendant. | CIVIL ACTION No. 04-12692 RCL |

**ASSENTED-TO MOTION TO SET SCHEDULE FOR**
**<u>JUDICIAL SETTLEMENT CONFERENCE</u>**

      Plaintiff Numeric Investors LLC ("Numeric") hereby respectfully requests that the Court set a date for the judicial settlement conference ordered by the Court on March 16, 2005 on a date on or after September 1, 2005, in order to permit the Parties to complete all outstanding third-party discovery necessary to the Parties' preparation for meaningful settlement discussions. Defendant Ryan H. Sowers ("Sowers") has indicated his assent to this motion.

      In further support thereof, Numeric states:

      1.      On March 9, 2005, the Parties submitted their Joint Statement pursuant to Local Rule 16.1 (Court Docket No. 19) in which the Parties requested that they be permitted to complete the expedited discovery phase of this matter and then enter into a judicial settlement conference in which the Parties would attempt to resolve this case on an expedited basis.

      2.      On March 16, 2005, during the Court's scheduling conference, the Court ordered that the expedited discovery period be followed by a judicial settlement conference.

      3.      Prior to entering a judicial settlement conference, the Parties seek to have completed the inspections of third-party computers undertaken as part of the expedited discovery phase of the case based on evidence developed through discovery that said computers may have

been involved in certain transmissions of the proprietary data at issue in this case.[1]  In particular, on April 7, 2005, the Court ordered, among other things, the inspection of computer systems in the possession of Matthew J. Van Vlack ("Van Vlack").  See Court Docket entries dated April 7, 2005.  On May 27, 2005, after the deposition of MaunaKai's Rule 30(b)(6) witness ordered by the Court on April 28, 2005 (see Court Docket entries dated April 28, 2005), MaunaKai consented to the inspection of its computer systems by experts retained by Numeric.

      4.      The independent inspection of Van Vlack's and MaunaKai's computers is currently underway.  However, the Independent Experts report that the inspection of these computer systems will require additional time to complete.  The inspection of Van Vlack's four computer systems is expected to be complete by mid-July and the inspection of MaunaKai's computers, a collection of numerous computer systems in Hong Kong, is expected to take until the end of August.

      5.      The Parties have been diligent in their efforts to obtain and review the requested discovery in order to prepare for the judicial settlement conference, but additional time is necessary to complete the inspection of Van Vlack's and MaunaKai's computer systems and Sowers's Internet accounts.  The requested extension of time will allow the Parties to prepare their respective settlement positions based upon a full understanding of the results of the expedited discovery, will enable the Parties' positions to be informed and focused, and will thus conserve judicial resources.

Under these circumstances, there is good cause to allow the Parties to pursue the remaining computer inspections and outstanding third-party discovery, prior to scheduling the

---

[1] In addition to the inspection of computers, Numeric has also issued several third-party subpoenas to Internet service providers relating to Sowers's use of certain Internet accounts, some of which remain outstanding.  The production of documents responsive to a few of these subpoenas is expected shortly.

requested judicial settlement conference for a date on or after September 1, 2005.  The parties have conferred and, as of this submission, are available on September 6, 2005 through September 9, 2005 as well as September 12, 2005 through September 16, 2005.[2]

                    Respectfully submitted,

                    NUMERIC INVESTORS LLC,

                    By its attorneys,

                    **/s/ Gabriel M. Helmer**
                    Michele A. Whitham  (BBO No. 553705)
                    Gabriel M. Helmer (BBO No. 652640)
                    FOLEY HOAG LLP
                    155 Seaport Blvd.
                    Boston, MA  02210
                    (617) 832-1000

Dated: June 26, 2005

Assented to,

RYAN H. SOWERS,

By his attorney,

**/s/ Justine H. Brousseau**
Justine H. Brousseau (BBO No. 553776)
KIMBALL, BROUSSEAU & MICHON, LLP
One Washington Mall
Boston, Massachusetts 02108
(617) 367-9449

Dated: June 24, 2005

---

[2] Plaintiff further understands that counsel for the Defendant is scheduled to begin trial in another matter between September 26, 2005 and September 28, 2005.

- 4 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of June, 2005, I caused a true copy of the above document to be served upon Justine H. Brousseau, Esquire, counsel for Ryan H. Sowers, by facsimile and mail.

  **/s/ Gabriel M. Helmer**
Gabriel M. Helmer

- 4 -