UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2006 FEB 10  P 5: 43

| | |
|---|---|
| NUMERIC INVESTORS LLC,<br><br>           Plaintiff,<br><br>v.<br><br>RYAN H. SOWERS,<br><br>           Defendant. | CIVIL ACTION No. 04-12692 RCL |

### PLAINTIFF NUMERIC INVESTORS LLC'S MOTION TO IMPOUND PLAINTIFF'S NOTICE AND REQUEST REGARDING SETTLEMENT

Pursuant to Local Rule 7.2 and the Court's Notice of Scheduling Conference and Additional Matters (Court Docket No. 12), Plaintiff Numeric Investors LLC ("Numeric") respectfully moves this Court to impound Numeric's Notice of Parties' Inability To Consummate Settlement and Plaintiff's Request To Reopen Proceedings and For Issuance of Scheduling Order filed herewith. As grounds therefore, Numeric states as follows:

On September 13, 2005 and December 13, 2005, the Court conducted a judicial settlement conference between the Parties in this matter. On December 13th, the Parties, with the assistance of the Court, believed they had reached a settlement in principal. On December 14, 2005, the Court entered a Settlement Order of Dismissal (Docket No. 66) which states, in pertinent part, that the Parties would be entitled "upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated." Thereafter, the Parties have been engaged in confidential settlement negotiations to resolve this matter.

Numeric's Notice and Request, in compliance with the Court's December 14th Order which requires a showing of good cause, discloses specific details of the Parties' confidential settlement discussions, the Parties' December 13th settlement in principal and the subsequent

unresolved terms. Public disclosure of those details would prejudice both Parties and breach the Parties' mutual understanding that they would keep the terms of their settlement strictly confidential. Under these circumstances, there is good cause to impound Numeric's Notice and Request filed herewith.

Respectfully submitted,

NUMERIC INVESTORS LLC,

By its attorneys,

Michele A. Whitham (BBO No. 553705)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 832-1000

ATTORNEYS FOR PLAINTIFFS

Dated: February 10, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2006, I caused a true copy of the above document to be served upon Justine H. Brousseau, Esquire, counsel for Ryan H. Sowers, by facsimile and mail.

Gabriel M. Helmer

**CERTIFICATE OF COUNSEL**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that, on February 10, 2006, counsel for NUMERIC INVESTORS conferred with Justine H. Brousseau, Esquire, counsel for RYAN H. SOWERS by telephone in a good faith attempt to resolve the issues raised in this motion and counsel indicated that she would not consent to the filing of this motion.

Gabriel M. Helmer