UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUMERIC INVESTORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RYAN H. SOWERS,<br><br>Defendant. | CIVIL ACTION No. 04-12692 RCL |

**PLAINTIFF NUMERIC INVESTORS LLC'S MOTION TO IMPOUND MOTION TO REOPEN PROCEEDINGS**

Pursuant to Local Rule 7.2 and the Court's Notice of Scheduling Conference and Additional Matters (Court Docket No. 12), Plaintiff Numeric Investors LLC ("Numeric") respectfully moves this Court to impound Numeric's Motion To Reopen Proceedings filed herewith. As grounds therefore, Numeric states as follows:

On September 13, 2005 and December 13, 2005, the Court conducted a judicial settlement conference between the Parties in this matter. On December 13th, the Parties, with the assistance of the Court, believed they had reached a settlement in principal. On December 14, 2005, the Court entered a Settlement Order of Dismissal (Docket No. 66) which states, in pertinent part, that the Parties would be entitled "upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated." Thereafter, the Parties have been engaged in confidential negotiations to resolve this matter to finalize the terms of a settlement this month.

Numeric's Motion, in compliance with the Court's December 14th Order which requires a showing of good cause, discloses specific details of the Parties' confidential settlement discussions, the Parties' December 13th settlement-in-principal and the subsequent unresolved

terms. Public disclosure of those details would prejudice both Parties and breach the Parties' mutual understanding that they would keep the terms of their settlement strictly confidential. Under these circumstances, there is good cause to impound Numeric's Notice and Request filed herewith.

Respectfully submitted,

NUMERIC INVESTORS LLC,

By its attorneys,

_____
Michele A. Whitham (BBO No. 553705)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 832-1000

Dated: February 15, 2006

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2006, I caused a true copy of the above document to be served upon Justine H. Brousseau, Esquire, counsel for Ryan H. Sowers, by facsimile and mail.

_____
Gabriel M. Helmer

**CERTIFICATE OF COUNSEL**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that, on February 10, 2006, counsel for NUMERIC INVESTORS attempted to confer with Justine H. Brousseau, Esquire, counsel for RYAN H. SOWERS by telephone in a good faith attempt to resolve the issues raised in this motion and was unable to do so.

_____
Gabriel M. Helmer