



Michele A. Whitham
Boston Office
617.832.1239
mwhitham@foleyhoag.com

March 30, 2006

Honorable Marianne B. Bowler
United States Magistrate Judge for the District of Massachusetts
U. S. District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:   *Numeric Investors LLC v. Ryan H. Sowers*,
           C.A. No. 04-12692-RCL

Dear Magistrate Judge Bowler:

    In accordance with the Court's order of March 14, 2006, we write to report on the status of the parties' ongoing settlement negotiations in the above-referenced matter.

    Promptly following the March 14th status conference, the parties resumed negotiations of the terms of a definitive settlement agreement in this case and, based on the exchange of several additional drafts, believe that we are close to finalizing an agreement. As of today, however, we require additional time. Accordingly, we are jointly requesting that the Court allow us until April 8, 2006, to finalize the language of the agreement and take no further action in the case until the parties provide a further status report on that date.

    Thank you for your attention to this matter.

| NUMERIC INVESTORS LLC | RYAN SOWERS |
|---|---|
| By its attorney, | By his attorney, |
| *Michele A Whitham* /MH | *Justine H. Brousseau* /JHB |
| Michele A. Whitham, Esquire | Justine H. Brousseau, Esquire |
| FOLEY HOAG LLP | KIMBALL BROUSSEAU LLP |
| 155 Seaport Boulevard | One Washington Mall, 14th Floor |
| Boston, Massachusetts 02210 | Boston, Massachusetts 02108 |

B3183667.1

Honorable Marianne B. Bowler
U. S. District Court
March 30, 2006
Page 2

cc:   Numeric Investors LLC
      Mr. Ryan Sowers
      Gabriel M. Helmer, Esquire

B3183667.1