# Kimball Brousseau LLP
Attorneys at Law

Justine H. Brousseau
jbrousseau@KBattorneys.com

One Washington Mall, 14th Floor
Boston, Massachusetts 02108
Telephone 617-367-9449
Fax 617-367-9468

*Also Admitted in Rhode Island

Filed Electronically

April 10, 2006

The Honorable Marianne B. Bowler
Chief Magistrate Judge
United States District Court
1 Courthouse Way
Courtroom #25, 7th Floor
Boston, MA  02210

    **RE:**    **Numeric Investors LLC v.  Ryan H. Sowers**
                **C.A. No. 04-CV-12692 RCL**

Dear Judge Bowler:

    In accordance with the Court's order of March 14, 2006 and the parties' joint letter to you dated March 30, 2006, we write to report on the status of the parties ongoing settlement negotiations in the above-referenced matter.

    We are jointly requesting that the Court allow us until Thursday, April 13, 2006, to finalize the language of the agreement and to take no further action in the case until the parties provide a further status report.  We will advise the Court promptly on April 13, 2006 as to of the status of the agreement.

    Thank you for your attention to this matter.

| NUMERIC INVESTORS LLC | RYAN SOWERS |
|---|---|
| By its Attorney, | By his Attorney, |
| /s/ *Michele A. Whitham* | /s/ *Justine H. Brousseau* |
| Michele A. Whitham, Esquire | Justine H. Brousseau, Esquire |
| FOLEY HOAG LLP | KIMBALL BROUSSEAU LLP |
| 155 Seaport Boulevard | One Washington Mall, 14th Floor |
| Boston, Massachusetts 02210 | Boston, Massachusetts 02108 |