# Kimball Brousseau LLP
## Attorneys at Law

Justine H. Brousseau
jbrousseau@KBattorneys.com

One Washington Mall, 14th Floor
Boston, Massachusetts 02108
Telephone 617-367-9449
Fax 617-367-9468

*Also Admitted in Rhode Island

April 12, 2006

Honorable Marianne B. Bowler
United States Magistrate Judge for the District of Massachusetts
U. S. District Court for the District of Massachusetts
One Courthouse Way
Boston, MA  02210

    Re:    *Numeric Investors LLC v. Ryan H. Sowers*,
                C.A. No. 04-12692-RCL

Dear Magistrate Judge Bowler:

    The parties jointly write to request that the Court set a date for a further judicial settlement conference in this matter.  The parties will each respectively submit separate statements of the issues that make a conference with the Court necessary at this time, but join each other in their request for a judicial settlement conference.

    If it is convenient for the Court, the parties respectfully propose a conference in the afternoon on Thursday, April 13, 2006 or Friday, April 14, 2006.  The parties further inform the court that Numeric's chief executive and its counsel are unavailable between May 12th and May 23rd, and Sowers counsel is unavailable between April 18th and April 25th and May 10th and May 11th.

    Thank you for your attention to this matter.

| NUMERIC INVESTORS LLC | RYAN SOWERS |
|---|---|
| By its attorney, | By his attorney, |
| /s/ *Michele A. Whitham* | /s/ *Justine H. Brousseau* |
| Michele A. Whitham, Esquire | Justine H. Brousseau, Esquire |
| FOLEY HOAG LLP | KIMBALL BROUSSEAU LLP |
| 155 Seaport Boulevard | One Washington Mall, 14th Floor |
| Boston, Massachusetts 02210 | Boston, Massachusetts  02108 |

    cc:    Numeric Investors LLC
                Mr. Ryan Sowers
                Gabriel M. Helmer, Esquire

# Kimball Brousseau LLP
## Attorneys at Law

Justine H. Brousseau
jbrousseau@KBattorneys.com

One Washington Mall, 14th Floor
Boston, Massachusetts 02108
Telephone 617-367-9449
Fax 617-367-9468

*Also Admitted in Rhode Island

April 12, 2006

The Honorable Marianne B. Bowler,
Chief Magistrate Judge
United States District Court
1 Courthouse Way
Courtroom #25, 7th Floor
Boston, MA  02210

      RE:    Numeric Investors LLC
      VS:    Ryan H. Sowers
      NO:   04-CV-12692 RCL

Dear Judge Bowler:

    Pursuant to the parties' joint letter to you dated April 12, 2006 requesting that the Court set a date for a further judicial settlement conference in this matter, I am submitting Mr. Sowers' report on the status of the settlement, which is that the parties have agreed to language and reduced to writing a Confidential Settlement Agreement and Mutual Releases (the "Settlement Agreement") that contains <u>every</u> point that the parties agreed to at the Judicial Settlement Conferences conducted before you on September 13, 2005, December 13, 2005 and March 14, 2006 (the "Settlement Terms").  The Settlement Agreement also contains many additional terms on which the parties were able to reach further agreement.  This Settlement Agreement was executed by Mr. Sowers on April 7, 2006 and delivered to Plaintiff's counsel that same day.[1]

    On Monday, April 10, 2006, Plaintiff's counsel notified me that Plaintiff would not execute the Settlement Agreement dated April 7th.  Instead of working off the Settlement Agreement provided to her, as has been our practice, she forwarded me her prior draft (4/5/06), which she had now revised.  This revised 4/10/06 draft contained terms I had already reviewed, considered and accepted or rejected, as well as new additional terms.  After a brief telephone conference, I again agreed to review specific sections and language Plaintiff was requesting.  Having done so, Mr. Sowers agreed to make further concessions to the Plaintiff.  I incorporated those further concessions into the Settlement Agreement on April 10th, and counsel for Plaintiff was again presented with a Settlement Agreement Mr. Sowers would sign.[2]  In fact, Mr. Sowers has now executed the April 10th Settlement Agreement.

---

[1] I provided a signed hard copy as well as a tracked and redlined electronic version of the Settlement Agreement, so that counsel could see what changes proposed by Numeric that Sowers had agreed to.

[2] I provided a signature copy and a tracked and redlined electronic version of the Settlement Agreement, so that counsel could see what additional changes proposed by Numeric that Sowers had agreed to.

Page Two
April 12, 2006
The Honorable Marianne B. Bowler,
Chief Magistrate Judge

      On Tuesday, April 11, 2006, Plaintiff's counsel again notified me that Plaintiff would not execute the Settlement Agreement provided on April 10th. Again, she forwarded me her prior draft (4/5/06), which she had further revised. This revised 4/11/06 draft contained terms I had already reviewed, considered and rejected, as well as new proposed language. In response, I communicated to Plaintiff's counsel that: (1) the Settlement Agreement contained the Settlement Terms; (2) the Settlement Agreement contained many additional terms and concessions; (3) Sowers was unwilling consider additional terms proposed by Plaintiff; (4) Sowers was unwilling to further delay the settlement process by requesting more time; and (5) Sowers was ready to notify the Court that the Parties Settlement Terms have been reduced to a mutually negotiated written Settlement Agreement. Even though the April 10th Settlement Agreement contains all of the agreed to Settlement Terms, Plaintiff is refusing to consummate the Settlement, because Sowers will not agree to any further additional terms proposed by Plaintiff.

      Very truly yours,

      /s/ *Justine H. Brousseau*

      Justine H. Brousseau

JHB/eeh
cc:    Michele A. Whitham, Esq.
       Ryan H. Sowers