# Kimball Brousseau LLP

### Attorneys at Law

Nina Joan Kimball
nkimball@KBattorneys.com

One Washington Mall, 14th Floor
Boston, Massachusetts 02108
Telephone 617-367-9449
Fax 617-367-9468

**Via ECF Filing**

April 21, 2006

Marc Duffy, Courtroom Clerk
United States District Court
1 Courthouse Way
Courtroom #25, 7th Floor
Boston, MA  02210

      **RE:**     **Numeric Investors LLC v. Ryan H. Sowers**
      **NO:**     **04-CV-12692 RCL**

Dear Mr. Duffy:

      I am following up the voicemail message that my paralegal, Beth Hennessy, left for you this morning regarding *rescheduling* the hearing currently scheduled for Tuesday, April 25, 2006 before Judge Bowler.  On April 12, 2006, the parties filed a joint request that the Court set a date for a further judicial settlement conference in this matter, also setting forth dates on which either Plaintiff's counsel or Defendant's counsel were not available.  We informed the Court that Numeric's chief executive and its counsel were unavailable between May 12th and May 23rd, and Mr. Sowers' counsel was unavailable between April 18th and April 25th and on May 10th and May 11th.  A copy of that joint April 12 letter is attached.  Therefore, we are requesting that the April 25 hearing be rescheduled to a date on which all parties are available.

      On April 13, 2006, our office did receive the Electronic Order from Judge Bowler granting the parties' joint request for a further hearing to review the status of the Settlement Agreement.  However, for some reason, we did not receive or have access to the text of the Order stating that a hearing had been scheduled for April 25.  We only became aware of the April 25 hearing when we received a message from Plaintiff's counsel, Michele Whitham, this morning.  Attorney Brousseau is currently out of the country.  We have been in telephone contact with Attorney Whitham, who is aware that Attorney Brousseau is away and not available on April 25 for a hearing.  Due to the lengthy and significantly detailed nature of the ongoing settlement negotiations that have transpired between Attorney Whitham and Attorney Brousseau, I am unable to appear on behalf of Mr. Sowers in this settlement status hearing.

Page 2
April 21, 2006
Marc Duffy, Courtroom Clerk


Therefore, Defendant's counsel, with the assent of Plaintiff's counsel, respectfully requests that the further judicial settlement conference be rescheduled for a date after April 26, 2006 and on which all parties are available.

Thank you for your attention to and assistance in this matter.


Very truly yours,

/s/ *Nina Joan Kimball*

Nina Joan Kimball


JHB/eeh
enc.
cc:     Michele A. Whitham, Esq.
        Ryan H. Sowers

# Kimball Brousseau LLP

### Attorneys at Law

Justine H. Brousseau
jbrousseau@KBattorneys.com

One Washington Mall, 14th Floor
Boston, Massachusetts 02108
Telephone 617-367-9449
Fax 617-367-9468

*Also Admitted in Rhode Island

April 12, 2006

Honorable Marianne B. Bowler
United States Magistrate Judge for the District of Massachusetts
U. S. District Court for the District of Massachusetts
One Courthouse Way
Boston, MA  02210

> Re:    *Numeric Investors LLC v. Ryan H. Sowers*,
>        <u>C.A. No. 04-12692-RCL</u>

Dear Magistrate Judge Bowler:

The parties jointly write to request that the Court set a date for a further judicial settlement conference in this matter.  The parties will each respectively submit separate statements of the issues that make a conference with the Court necessary at this time, but join each other in their request for a judicial settlement conference.

If it is convenient for the Court, the parties respectfully propose a conference in the afternoon on Thursday, April 13, 2006 or Friday, April 14, 2006.  The parties further inform the court that Numeric's chief executive and its counsel are unavailable between May 12th and May 23rd, and Sowers counsel is unavailable between April 18th and April 25th and May 10th and May 11th.

Thank you for your attention to this matter.

NUMERIC INVESTORS LLC                    RYAN SOWERS

By its attorney,                         By his attorney,


/s/ *Michele A. Whitham*                 /s/ *Justine H. Brousseau*
Michele A. Whitham, Esquire              Justine H. Brousseau, Esquire
FOLEY HOAG LLP                           KIMBALL BROUSSEAU LLP
155 Seaport Boulevard                    One Washington Mall, 14th Floor
Boston, Massachusetts 02210              Boston, Massachusetts  02108

cc:    Numeric Investors LLC
       Mr. Ryan Sowers
       Gabriel M. Helmer, Esquire