UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUMERIC INVESTORS LLC,<br><br>                Plaintiff,<br><br>v.<br><br>RYAN H. SOWERS,<br><br>                Defendant. | CIVIL ACTION No. 04-12692 RCL |

## STIPULATION TO THE ENTRY OF JUDGMENT – COUNT V

Numeric Investors LLC ("Numeric") and Ryan H. Sowers ("Sowers") hereby stipulate that the Court may enter a final Judgment on Count V of the Complaint in favor of Numeric and against Sowers without further notice or appearance by the parties, as follows:

      1.      In Count V of the Complaint, Numeric alleged that, by copying, transferring out of Numeric and retaining materials, documents, files, information or data belonging to Numeric without authorization, Sowers violated the provisions of the Letter Agreement dated December 6, 2004, and Sections 7 through 12, inclusive of the June 2004 Agreement, each entered into with Numeric.  Sowers agrees and consents to the entry of Judgment against him for breach of contract on this Count V.

      2.      Numeric irrevocably and fully waives its right to recover damages from Sowers for Count V of the Complaint.

      3.      Each Party will bear their respective costs, expenses and attorneys' fees.

      4.      Numeric and Sowers irrevocably and fully waive any and all right to appeal the Judgment, to have it vacated or set aside, to seek or obtain a new trial thereon or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

5.  Numeric and Sowers each acknowledge that it/he respectively has read this Stipulation, and the attached [Proposed] Judgment, has had the opportunity to have them explained by legal counsel of its/his choosing, fully understands them and agrees to be bound thereby, and will not deny the truth or accuracy of any term or provision herein.

| | |
|---|---|
| PLAINTIFF NUMERIC INVESTORS LLC, | DEFENDANT RYAN H. SOWERS, |
| By its attorneys, | By his attorney, |
| */s/ Gabriel M. Helmer* | */s/ Justine H. Brousseau* |
| Michele A. Whitham, BBO No. 553705<br>Gabriel M. Helmer, BBO No. 652640<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>(617) 832-1000 | Justine H. Brousseau, BBO No. 553776<br>KIMBALL BROUSSEAU LLP<br>One Washington Mall<br>Boston, Massachusetts 02108<br>(617) 367-9449 |
| Dated: 4/28/2006 | Dated: 4/28/06 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NUMERIC INVESTORS LLC,

        Plaintiff,

v.

RYAN H. SOWERS,

        Defendant.

CIVIL ACTION No. 04-12692 RCL

# [PROPOSED] JUDGMENT

The Court, having considered the Stipulation to the Entry of Judgment - Count V executed by the Parties,

IT IS ORDERED AND ADJUDGED THAT:

1.    Final Judgment on Count V of the Complaint will be entered in favor of Plaintiff, Numeric Investors LLC against Defendant, Ryan H. Sowers without further notice or appearance by the parties.

2.    Numeric Investors LLC shall recover no damages from Defendant, Ryan H. Sowers as a result of the entry of this Final Judgment.

3.    Each Party shall bear their own costs, expenses and attorneys' fees.

Dated:

                                                        Honorable Marianne B. Bowler
                                                        United States Magistrate Judge