UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUMERIC INVESTORS LLC,<br><br>           Plaintiff,<br><br>v.<br><br>RYAN H. SOWERS,<br><br>           Defendant. | CIVIL ACTION No. 04-12692 RCL |

## STIPULATION OF
## DISMISSAL WITH PREJUDICE OF
## COUNTS I, II, III AND IV OF THE COMPLAINT

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Numeric Investors LLC and Ryan H. Sowers hereby stipulate and respectfully move the Court to dismiss with prejudice Counts I through IV of Complaint against Sowers, with the parties to bear their own costs and attorneys' fees, and without right of appeal.

| | |
|---|---|
| NUMERIC INVESTORS LLC,<br><br>By its attorneys,<br><br> /s/ Gabriel M. Helmer<br>Michele A. Whitham, BBO No. 553705<br>Gabriel M. Helmer, BBO No. 652640<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>(617) 832-1000 | RYAN H. SOWERS,<br><br>By his attorney,<br><br> /s/ Justine H. Brousseau<br>Justine H. Brousseau, BBO No. 553776<br>KIMBALL BROUSSEAU LLP<br>One Washington Mall<br>Boston, Massachusetts 02108<br>(617) 367-9449 |

Dated: 4/28/06