UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUMERIC INVESTORS LLC,<br><br>                Plaintiff,<br><br>v.<br><br>RYAN H. SOWERS,<br><br>                Defendant. | CIVIL ACTION No. 04-12692 RCL |

### JUDGMENT

The Court, having considered the Stipulation to the Entry of Judgment - Count V executed by the Parties,

       IT IS ORDERED AND ADJUDGED THAT:

1. Final Judgment on Count V of the Complaint will be entered in favor of Plaintiff, Numeric Investors LLC against Defendant, Ryan H. Sowers without further notice or appearance by the parties.

2. Numeric Investors LLC shall recover no damages from Defendant, Ryan H. Sowers as a result of the entry of this Final Judgment.

3. Each Party shall bear their own costs, expenses and attorneys' fees.

Dated:                                      _____
                                          Honorable Marianne B. Bowler
                                          United States Magistrate Judge